IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PAUL DETTY, : | |
|     Petitioner, : | |
| : | |
| v. : | CIVIL ACTION NO. 26-CV-0422 |
| : | |
| THE ESTATE OF HELEN HARM, : | |
|     Respondent. : | |

## ORDER

AND NOW, this 27th ay of January, 2026, upon consideration of Plaintiff Michael Paul Detty's "Petition for Writ of Habeas Corpus, Challenging the Decree of Orphans' Court" (ECF No. 1), and Motion to Appoint Counsel (ECF No. 2) it is **ORDERED** that:

1.    This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

2.    The Motion to Appoint Counsel is **DENIED**.

3.    To the extent one is required, there is no basis for a certificate of appealability.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mary Kay Costello*

**MARY KAY COSTELLO, J.**